UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of February, two thousand twenty-four.

Before:     Eunice C. Lee,
                *Circuit Judge.*

_____

| | |
|---|---|
| CRCM Institutional Master Fund (BVI) Ltd., CRCM SPAC Opportunity Fund LP, | **ORDER** |
|     Plaintiffs - Appellees, | Docket No. 23-7876 |
| v. | |
| Getty Images Holdings, Inc., | |
|     Defendant - Appellant. | |

_____

| | |
|---|---|
| Alta Partners, LLC, | |
|     Plaintiff-Appellee-Cross-Appellant, | Docket Nos. 23-7915(L), 23-7983(XAP) |
| v. | |
| Getty Images Holdings, Inc., | |
|     Defendant-Appellant-Cross-Appellee. | |

_____

     Getty Images Holdings, Inc. moves to consolidate the above-captioned appeals and for briefing to proceed in the ordinary course. The Plaintiffs oppose the motion.

     IT IS HEREBY ORDERED that the motion is GRANTED.

                                                                                 For the Court**:**
                                                                                 Catherine O'Hagan Wolfe,
                                                                                  Clerk of Court

